IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| TIFFANY SANDS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 120-073 |
| | * | |
| SUNSET MANAGEMENT, INC., | * | |
| SUNSET FINANCE CO. OF AUGUSTA, | * | |
| LLC, and FLIGHT FINANCE CO., | * | |
| LLC, | * | |
| | * | |
| Defendants. | * | |
| | * | |

O R D E R

Before the Court is the Parties' joint stipulation of dismissal with prejudice. (Doc. 17.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees except as otherwise agreed by the Parties.

**ORDER ENTERED** at Augusta, Georgia, this 4th day of January, 2021.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA